DANIEL G. BOGDEN
United States Attorney
BRADLEY W. GILES
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cr-00365-JCM-PAL |
| PLAINTIFF, ) | |
| v. ) | GOVERNMENT'S SUBMISSION OF PROPOSED FORM OF ORDER |
| BRAD FUSSELL, ) | |
| DEFENDANT. ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Bradley W. Giles, Assistant United States Attorney, in submission of the attached proposed form of Order reference the documents that were previously submitted for an *ex parte, in camera* review by this Court.

Respectfully submitted this, 26th day of September, 2011

                                                              DANIEL G. BOGDEN
                                                              United States Attorney

                                                              /s/ Bradley W. Giles

                                                              BRADLEY W. GILES
                                                              Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that the undersigned has served counsel for Defendant Brad Fussell, Mr. Paul Riddle, Esq., Assistant Federal Public Defender, with the foregoing by means of electronic filing.

/s/ Bradley W. Giles
_____
BRADLEY W. GILES
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cr-00365-JCM-PAL |
| PLAINTIFF, ) | |
| vs. ) | **ORDER** |
| BRAD FUSSELL, ) | |
| DEFENDANT. ) | |

This Court, having reviewed the documents provided by the Government for *in camera, ex parte review,* to include a letter from co-defendant Jonathan Francis and potentially responsive materials pursuant to *United States v. Henthorn,* 931 F.2d 29 (9th Cir. 1991),

**IT IS HEREBY ORDERED,** that the documents submitted for review by this court are not discoverable. A copy of these documents will be maintained under seal by this court.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: September 27, 2011

3