**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
vs.                          )          2:10-cr-365-JCM-PAL
                             )
BRAD FUSSELL,                )
                             )
            Defendant.       )          **ORDER**
                             )

On January 11, 2012, the court granted Paul Riddle's oral motion to be relieved as counsel and that new counsel be appointed for the purpose of appeal (#159).  Therefore;

IT IS HEREBY ORDERED that Beau Sterling is appointed in place of the Federal Public Defender for the purpose of appeal.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Sterling forthwith.


DATED  this  12th  day  of January, 2012.

NUNC PRO TUNC: January 11, 2012


_____
JAMES C. MAHAN
United States District Judge